UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| REGINALD DEWAYNE NELSON, #233909,<br>    Petitioner,<br><br>-v-<br><br>DEWAYNE BURTON,<br>    Respondent. | No. 1:15-cv-251<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 6, 2018            /s/ Paul L. Maloney
                       Paul L. Maloney
                       United States District Judge